Michael F. Babitzke, Esq. - SBN 50048
Michael F. Babitzke, Inc.
6 South El Dorado Street, Suite 305
Stockton, California 95202
Telephone: (209) 465-5722
Facsimile: (209) 465-0714

Attorney for Plaintiff,
Lavern Austin

**FILED**

MAY 2 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LAVERN AUSTIN,

    Plaintiff,

vs.

COUNTY OF SAN JOAQUIN and
EDDIE RAMIREZ and DOES 1-5

    Defendant.

CASE NO. CIV.S-030-1317 DFL GGH

**ORDER**

Upon reviewing the application of Michael F. Babitzke to file Notice of Non-Opposition by hard copy form the court hereby orders the filing of such document.

DATED: 5/24/2005

_____

Judge of the Court

1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I am a Citizen of the United States. I am over the age of eighteen years and not a party to the within action; my business address is 6 South El Dorado Street, Suite 305, Stockton, California. |
| 4 | |
| 5 | I served the within, **ORDER TO FILE DOCUMENTS IN HARD COPY FORM**, on the interested parties in this action, by placing a true copy thereof enclosed in sealed envelopes addressed as follows: |
| 6 | |
| 7 | MARK BERRY, ESQ.<br>MAYALL, HURLEY, KNUTSEN, SMITH & GREEN<br>2453 GRAND CANAL BLVD. 2ND FLOOR |
| 8 | STOCKTON, CA 95207 |
| 9 | |
| 10 | **XX**  (BY MAIL) The envelope was mailed with postage thereon fully prepaid. I am "readily" familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit. |
| 11 | |
| 12 | |
| 13 | ___  BY FACSIMILE (_____) ____-_____. |
| 14 | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 15 | Executed on May 20, 2005, at Stockton, California. |
| 16 | |
| 17 | Tonia J. Patelzick |